THE STATE EX REL. LAIR, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Lair v. Indus. Comm.* (1998), 83 Ohio St.3d 398.]

(No. 97–2503—Submitted August 19, 1998—Decided October 21, 1998.)

*William D. Snyder & Associates* and *John Lesko,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

*Taft, Stettinius & Hollister, L.L.P.,* and *Samuel M. Duran,* for appellee Keebler Company.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.